UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORTH COAST MEDICAL, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>DANMIC GLOBAL, LLC; JORGEN MICHAEL JENSEN; CHRISTY MANUFACTURING CORPORATION, LLC; GEORGE MICHAEL CHRISTY; and DOES 1 through 50,<br><br>    Defendants. | Case No.: 12-CV-01246-LHK<br><br>ORDER GRANTING STIPULATION TO FILE AMENDED COMPLAINT;<br>ORDER RE MOTION TO DISMISS |

On May 3, 2012, Plaintiff filed a Statement of Non-Opposition to Jorgen Michael Jensen's Motion to Dismiss Claim for Breach of Fiduciary Duty and Stipulation for Filing of Amended Complaint.  ECF No. 13.  Plaintiff, Defendant Danmic Global, LLC, and Defendant Jorgen Michael Jensen stipulated to Plaintiff's filing an amended complaint.  *See id.*  Defendants Christy Manufacturing Corporation, LLC and George Michael Christy do not appear to have been served. Accordingly, the parties' stipulation granting Plaintiff leave to file an amended complaint is hereby GRANTED.

By Friday, May 18, 2012, Jorgen Michael Jensen shall file an up to three page statement either (1) withdrawing his pending motion to dismiss, ECF No. 6, as moot in light of the amended complaint, or (2) explaining why his pending motion to dismiss is not moot in light of the amended complaint.

**IT IS SO ORDERED.**

Dated: May 14, 2012

                                         _____
                                         LUCY H. KOH
                                         United States District Judge