1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| NORTH COAST MEDICAL, INC., | ) | Case No.: 5:12-CV-1246-LHK |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE |
| DANMIC GLOBAL, LLC; JORGEN MICHAEL JENSEN; CHRISTY MANUFACTURING CORPORATION, LLC; GEORGE MICHAEL CHRISTY; and DOES 1 through 50, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The case management conference scheduled for August 30, 2012, at 1:30 p.m. is hereby continued to August 29, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: August 27, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-1246
ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE