United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORTH COAST MEDICAL, INC., ) | Case No.: 12-CV-1246-LHK |
| ) | |
| Plaintiff, ) | ORDER REGARDING FILING OF |
| ) | CASE MANAGEMENT STATEMENT |
| v. ) | |
| ) | |
| DANMIC GLOBAL, LLC; JORGEN ) | |
| MICHAEL JENSEN; CHRISTY ) | |
| MANUFACTURING CORPORATION, LLC; ) | |
| GEORGE MICHAEL CHRISTY; and DOES 1 ) | |
| through 50, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Northern District of California Local Rule 16-10(d), the parties were required to file a case management conference statement by December 5, 2012, seven days in advance of the parties' December 12, 2012 case management conference. The parties have not yet filed a case management conference statement. The parties are hereby ORDERED to file a case management conference statement as soon as possible.

**IT IS SO ORDERED.**

Dated: December 6, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-1246-LHK
ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT