UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORTH COAST MEDICAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> DANMIC GLOBAL, LLC; JORGEN MICHAEL JENSEN; CHRISTY MANUFACTURING CORPORATION, LLC; GEORGE MICHAEL CHRISTY; and DOES 1 through 50, <br><br> Defendants. | Case No.: 12-CV-1246-LHK <br><br> ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT |

Pursuant to Northern District of California Local Rule 16-10(d), the parties were required to file a case management conference statement by December 5, 2012, seven days in advance of the parties' December 12, 2012 case management conference. The parties have not yet filed a case management conference statement. The parties are hereby ORDERED to file a case management conference statement as soon as possible.

**IT IS SO ORDERED.**

Dated: December 6, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-1246-LHK
ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT