**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORTH COAST MEDICAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANMIC GLOBAL, LLC; JORGEN )<br>MICHAEL JENSEN; CHRISTY )<br>MANUFACTURING CORPORATION, LLC; )<br>GEORGE MICHAEL CHRISTY; and DOES 1 )<br>through 50, )<br>)<br>Defendants. )<br>_____ ) | Case No.: 5:12-CV-1246-LHK<br><br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE |

The further case management conference scheduled for December 12, 2012, at 2:00 p.m. is hereby continued to January 9, 2012 at 2:00 p.m.

The case schedule remains as set.

**IT IS SO ORDERED.**

Dated: December 10, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-1246
ORDER CONTINUING CASE MANAGEMENT CONFERENCE