UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORTH COAST MEDICAL, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANMIC GLOBAL, LLC; JORGEN ) <br> MICHAEL JENSEN; CHRISTY ) <br> MANUFACTURING CORPORATION, LLC; ) <br> GEORGE MICHAEL CHRISTY; and DOES 1 ) <br> through 50, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 12-CV-1246-LHK <br><br> ORDER REGARDING FILING OF <br> CASE MANAGEMENT STATEMENT |

The parties' case management conference was previously scheduled for December 12, 2012. The parties filed a joint case management conference statement in advance of the December 12, 2012 case management conference. However, after the parties filed their joint statement, the Court continued the case management conference to January 9, 2013. By noon on January 7, 2013, the parties shall file a statement providing any updates since the parties' last case management conference statement was filed.

**IT IS SO ORDERED.**

Dated: January 3, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-1246-LHK
ORDER REGARDING FILING OF CASE MANAGEMENT STATEMENT