United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORTH COAST MEDICAL, INC., ) | Case No.: 12-CV-1246-LHK |
| Plaintiff, ) | ORDER RE: FILING OF STIPULATION |
| ) | OF DISMISSAL |
| v. ) | |
| ) | |
| DANMIC GLOBAL, LLC; JORGEN ) | |
| MICHAEL JENSEN; CHRISTY ) | |
| MANUFACTURING CORPORATION, LLC; ) | |
| GEORGE MICHAEL CHRISTY; and DOES 1 ) | |
| through 50, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

On April 16, 2013, Daniel J. Bergeson, the mediator in this case, filed a Certification of

ADR Session stating that the case was fully settled during the mediation session on April 11, 2013.

By May 8, 2013, the parties shall file their stipulation of dismissal.  All other dates and deadlines

will remain as set.

**IT IS SO ORDERED.**

Dated: April 18, 2013

*Lucy H. Koh*
_____

LUCY H. KOH
United States District Judge

1