STUART C. CLARK (SBN 124152)
clark@carrferrell.com
CARR & FERRELL *LLP*
120 Constitution Avenue
Menlo Park, CA 94025
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for DANMIC GLOBAL, LLC
and JORGEN MICHAEL JENSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORTH COAST MEDICAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DANMIC GLOBAL, LLC; JORGEN MICHAEL JENSEN, CHRISTY MANUFACTURING CORPORATION, GEORGE MICHAEL CHRISTY, and DOES 1 through 50,<br><br>Defendants. | CASE NO. CV12 1246 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR WITH PREJUDICE DISMISSAL OF ACTION AS TO ALL DEFENDANTS** |

WHEREAS:

A.   The parties have reached a settlement of all disputes and issues in this action; and,

B.   The settlement agreement provides, among other things, that this action shall be dismissed with prejudice as to all defendants:

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that:

1.   The action shall be dismissed with prejudice as to all defendants;

2.   This Court shall retain jurisdiction to enforce the settlement agreement, and to adjudicate any disputes relating to the performance or non performance by any party of its

obligations under the settlement agreement, and for all other purposes relating to the settlement agreement; and,

3. Each party shall pay its/his own costs and attorneys' fees.

Dated: May 8, 2013        COMMINS & KNUDSEN, P.C.


By: /s/Kit L. Knudsen
    Kit E. Knudsen (#154714)

Attorneys for plaintiff NORTH COAST MEDICAL, INC. and MARK E. BIEHL


Dated: May 8, 2013        CARR & FERRELL LLP


By: /s/Stuart C. Clark
    Stuart C. Clark (#124152)

Attorneys for defendants DANMIC GLOBAL, LLC and JORGEN MICHAEL JENSEN


Dated: May 8, 2013        FRANKEL, GOLDWARE & FERBER, LLP


By: /s/Michelle R. Ferber
    Michelle R. Ferber (#149929)

Attorneys for defendants CHRISTY MANUFACTURING CORPORATION, INC. and GEORGE MICHAEL CHRISTY


**ACCORDING TO STIPULATION, IT IS SO ORDERED**

DATED: May 9, 2013

*Lucy H. Koh*

HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE

{00689718v1}

2.

STIPULATION AND [PROPOSED] ORDER FOR WITH PREJUDICE DISMISSAL OF ACTION AS TO ALL DEFENDANTS: (CASE NO. CV12 1246 LHK)